UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

| | | |
|---|---|---|
| JULIA ANN CALIP, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 17-cv-15 Erie |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ALLSTATE CORPORATION, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) The action is **DISMISSED** for failure to prosecute.

(3) The Clerk shall send copies of this Order to the parties.

**SO ORDERED.**

DATED this 28th day of April, 2017.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE